UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 12-CV-1382 (PJS/FLN)

| | |
|---|---|
| **Kristen Schmitt**<br>        **Plaintiff,**<br>v.<br><br>**Platinum B Services, LLC; PDL Support.com, LLC; and, Josh Mitchem.**<br>        **Defendants.** | **NOTICE OF DISMISSAL** |

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a),**

Plaintiff dismisses her claims against the Defendants with prejudice, and without costs, or disbursements, or attorneys' fees to any party, and requests that a notice of dismissal with prejudice be entered in the above-entitled action pursuant hereto.


Dated: October 1, 2012          */s Curtis P. Zaun*_____
                                Curtis P. Zaun (266310)
                                cpzlaw@comcast.net
                                800 LaSalle Avenue, Suite 2150
                                Minneapolis, MN 55402
                                612-200-5992
                                612-200-5970 (fax)

                                **Attorney for Plaintiff**