UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTEN SCHMITT, | Case No. 12-CV-1382 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| PLATINUM B SERVICES, LLP; PDL SUPPORT.COM, LLC; and JOSH MITCHEM, | |
| Defendants. | |

Based upon the Notice of Dismissal filed by the plaintiff on October 1, 2012 [ECF No. 12],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: October 1, 2012              s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Judge